IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02501-WYD-KLM

RAYMOND WAGNER,

    Plaintiff,

v.

STEVE HARTLEY,
TRAVIS TRANI,
JAMES FOX,
ROBERT KAHANIC,
ANTON EVANS,
SUSAN BUTLER,
SHERWYN PHILLIPS,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Uncontested Motion to Vacate the December 1, 2011 Final Pre-Trial Conference and Final Pre-Trial Order Submission Deadline** [Docket No. 27; Filed October 26, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Final Pretrial Conference set for December 1, 2011, at 10:30 a.m. is **VACATED**.  The Court will reset the Final Pretrial Conference, if necessary, after resolution of the Motion to Dismiss [Docket No. 21; Filed April 28, 2011] pending before the District Judge.

    Dated:  October 27, 2011