IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02501-WYD-KLM

RAYMOND WAGNER,

      Plaintiff,

v.

STEVE HARTLEY,
TRAVIS TRANI,
JAMES FOX,
ROBERT KAHANIC,
ANTON EVANS,
SUSAN BUTLER,
SHERWYN PHILLIPS,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Defendants' Unopposed Motion to Extend Dispositive Motion Deadline and Vacate May 3, 2012 Final Pretrial Conference and Proposed Pretrial Order Submission Deadline** [Docket No. 32; Filed April 23, 2012] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The dispositive motions deadline is extended up to and including **May 18, 2012**.

      IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for May 3, 2012, is **VACATED** and **RESET** to **August 16, 2012**, at **11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **August 10, 2012**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.  Instructions for downloading in richtext format are posted in the forms section of the website.

Dated:  April 24, 2012